238 So.2d 357

**STATE of Louisiana**

v.

**John Douglas GORMAN.**

No. 50815.

Aug. 25, 1970.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

238 So.2d 358

**STATE of Louisiana ex rel. Henry C. WILLIAMS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50808.

Aug. 25, 1970.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.